No. D–1415. IN RE DISBARMENT OF MARGOLIS. It is ordered that Marvin Margolis, of New York, N. Y., be suspended from the

practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.